**ATTACHMENT 1**

ORDER

- - - - - - -

In the general court-martial case of Private (E-1) Ronald A. Gray, 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, U.S. Army, Headquarters and Headquarters Company, 3d Battalion, 504th Parachute Infantry Regiment, 82d Airborne Division, Fort Bragg, North Carolina, 28307-5100, the sentence of death adjudged on 12 April 1988 is approved and will be executed under the orders of the Secretary of the Army.

THE WHITE HOUSE,

July 28, 2008.

Encl 1