**ATTACHMENT 2**

SECRETARY OF THE ARMY
WASHINGTON

MEMORANDUM THRU

Provost Marshal General, 2800 Army Pentagon, Washington, DC 20310-2800

Commander, United States Army Training and Doctrine Command, 102 McNair Drive, Fort Monroe, VA 23651-1047

FOR Commandant, United States Disciplinary Barracks, 1301 North Warehouse Road, Fort Leavenworth, KS 66027-2304

SUBJECT: Execution Order, United States v. Private (E-1) Ronald A. Gray

1. On July 28, 2008, The President of the United States, in the enclosed order, approved the sentence of death adjudged in the case of United States v. Private (E-1) Ronald A. Gray, 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.

2. This execution will take place at the Federal Correctional Complex, Terre Haute, Indiana, on December 10, 2008, at 2200 hours, by lethal injection, in accordance with Army Regulation 190-55.

3. The execution officer will be the Commandant, United States Disciplinary Barracks.

Encl

Pete Geren
Secretary of the Army
14 AUG 08 date
10:20 a.m. time

Printed on Recycled Paper

Encl 7