**ATTACHMENT 6**

**DEPARTMENT OF THE ARMY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
2200 ARMY PENTAGON
WASHINGTON, DC 20310-2200

REPLY TO
ATTENTION OF:

DAJA-ZA

MEMORANDUM FOR Chief, Defense Appellate Division, United States Army Legal Services Agency, 901 North Stuart Street, #340, Arlington, VA 22203

SUBJECT: Appointment of Counsel to Assist in Habeas Corpus Actions; United States v. Private Ronald A. Gray

In accordance with the provisions of Army Regulation 27-10, paragraph 13-12 and Article 70(e), Uniform Code of Military Justice, I appoint you, and such additional or other military counsel as you deem necessary, to represent Private Gray in filing post-conviction habeas corpus petitions in Federal civilian courts.

MG, USA
14 aug 08

SCOTT C. BLACK
Major General, USA
The Judge Advocate General