**ATTACHMENT 8**

SECRETARY OF THE ARMY
WASHINGTON

NOV 18 2008

Mr. Thomas H. Dunn, Esq.
303 Elizabeth Street NE
Atlanta, Georgia 30307

Dear Mr. Dunn:

I have reviewed your letter of November 14, 2008, to The Judge Advocate General, wherein you request either that I stay the execution of Private Ronald A. Gray, or that The Judge Advocate General not object to a motion to be filed in the United States District Court for the District of Kansas by Private Gray for a stay of execution and appointment of counsel.

After careful consideration, I decline to postpone the execution scheduled for December 10, 2008. As to your alternative request, the Army, in conjunction with the Department of Justice will respond appropriately once you have filed your request for stay of execution and appointment of counsel with the Federal District Court.

A copy of this letter has been provided to Private Gray's military counsel, LTC Mark Tellitocci.

Sincerely,

Pete Geren

Printed on Recycled Paper