IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD A. GRAY,<br>   Private, U.S. Army,<br><br>               Petitioner,<br><br>v.<br><br>JAMES W. GRAY,<br>   Colonel, U. S. Army,<br>   Commandant<br>   U.S. Disciplinary Barracks,<br>   Fort Leavenworth, Kansas<br><br>               Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 08-3289-RDR<br><br>   **IMMINENT EXECUTION**<br>   **SCHEDULED December 10, 2008** |

**AFFIDAVIT OF POVERTY**

I, RONALD A. GRAY, declare that I am the Petitioner in the aboveentitled proceeding; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor, and that I believe that I am entitled to relief.

1.    Are you employed?                  Yes_____      No ✓

    a.    If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

                NA

1

b.  If the answer is "no," state the date of last employment, and the amount of salary and wages per month which you received.

   _U.S. Army, $1260 per month_

2.  Have you received within the last twelve months any money from the following sources?

   a.  Business, profession or form of self-employment?   Yes___ No _✓_
   b.  Rent payments, interest or dividends?             Yes___ No _RG_
   c.  Pensions, annuities, or life insurance payments?  Yes___ No _RG_
   d.  Gifts or inheritances?                            Yes___ No _RG_
   e.  Any other sources?                                Yes___ No _RG_

   If the answer to any of the above is "yes," describe each source of income and state the amount received from each during the past twelve months.

   _N A_

3.  Do you own any cash, or do you have any money in any checking or savings account?

   Yes _RG_ No___ (Include any funds in prison account)
   If the answer is "yes," state the total value of the items owned.

   _$71.48_

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes___ No _RG_

2

If the answer is "yes," describe the property and state its approximate value.

_____ N A _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute to their support.

_____ None _____

_____

I understand that a false statement or answer to any question in this Affidavit will subject me to penalties for perjury.

_____
RONALD A. GRAY

Sworn to and subscribed before me this 21st day of November, 2008.

_____
NOTARY PUBLIC

My commission expires:

EDDIE N. YOUNG JR.
Notary Public - State of Kansas
My Appt. Expires 30 Mar 09

3

CERTIFICATE

I hereby certify that Petitioner, RONALD A. GRAY, has the sum of $ 71.48 on account to his credit at the United States Disciplinary Barracks where he is confined.

I further certify that Petitioner likewise has the folowing securities to his credit according to the records of saidDisciplinary Barracks

_____
*Judy Williams*
Authorized Officer of Institution
Inmate Services Support Assistant.

4

FOR OFFICIAL USE ONLY
U.S. DISCIPLINARY BARRACKS, FORT LEAVENWORTH, KANSAS
PERSONAL DEPOSIT FUND TRANSACTION REPORT

11/21/2008

| REG NUMBER | LAST NAME | FIRST NAME | HOUSING |
|---|---|---|---|
| 73786 | GRAY | RONALD | SHU |

### TRANSACTIONS

| DATE | PAYEE | DEPOSIT CHK NO | DEPOSIT | DISB CHK NO | DISBURSEMENT | BALANCE |
|---|---|---|---|---|---|---|
| 10/2/2008 | LIZZIE JORDAN | 12513319997 | $100.00 | | | $171.30 |
| 10/8/2008 | US TREASURY | | | 392833 | $21.18 | $150.12 |
| 10/31/2008 | KCN | | | 393280 | $20.00 | $130.12 |
| 11/6/2008 | US TREASURY | | | 393375 | $8.44 | $121.68 |
| 11/19/2008 | ITI | | | 393686 | $20.00 | $101.68 |
| 11/21/2008 | USDB FUND | | | 393649 | $12.00 | $89.68 |
| 11/24/2008 | KCN | | | | $18.20 | $71.48 |