# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**RONALD A. GRAY, Private, U.S. Army,**

      Petitioner,

v.                                                                                 Case No.  08-3289-RDR

**JAMES W. GRAY, Colonel, U.S. Army,**
**Commandant, U.S. Disciplinary Barracks,**
**Fort Leavenworth, Kansas,**

      Respondent.

## ENTRY OF APPEARANCE

T.G. Luedke, Assistant United States Attorney for the District of Kansas, hereby enters his appearance as attorney for the United States, on behalf of Respondent James W. Gray, Colonel, U.S. Army, Commandant, U.S. Disciplinary Barracks, Fort Leavenworth, Kansas.  Copies of all pleadings and correspondence should be served on T.G. Luedke, at the office of the United States Attorney shown below.

                                            Respectfully submitted,

                                            MARIETTA PARKER
                                            Acting United States Attorney

                                            *s/ T.G. Luedke*
                                            T. G. LUEDKE
                                            Assistant United States Attorney
                                            Ks. S.Ct. No. 12788
                                            Federal Building, Suite 290
                                            444 SE Quincy Street
                                            Topeka, Kansas  66683-3592
                                            Telephone:  (785) 295-2850
                                            Facsimile:  (785) 295-2853
                                            E-mail: Tom.Luedke@usdoj.gov
                                                        Attorneys for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participant:

| | |
|---|---|
| Thomas J. Bath, Jr.<br>Bath & Edmonds, P.A.<br>7944 Santa Fe Drive<br>Overland Park, KS 66204<br>tom@bathedmonds.com<br>    For Petitioner | Thomas H. Dunn<br>Georgia Appellate Practice &<br>   Educational Resource Center<br>303 Elizabeth Street NE<br>Atlanta, GA 30307<br>tdunn4562@aol.com<br>    For Petitioner |
| Mark Tellitocci<br>U.S. Army Defense Appellate Division<br>901 N. Stuart St.<br>Arlington, VA 22203<br>tellitoccim@conus.army.mil<br>    For Petitioner | W. Jeremy Stephens<br>U.S. Army Defense Appellate Division<br>901 N. Stuart St.<br>Arlington, VA 22203<br>stephensWJ@conus.army.mil<br>    For Petitioner |

 _s/ T.G. Luedke_
T.G. LUEDKE
Assistant United States Attorney

2