IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONALD A. GRAY,**

        Petitioner,

v.                                                          Case No. 08-3289-JTM

**ERIC BELCHER,**

        Respondent.

## NOTICE REGARDING STAY OF EXECUTION

Respondent, by and through Thomas E. Beall, United States Attorney for the District of Kansas and T.G. Luedke, Assistant United States Attorney for the District, respectfully notifies the Court and counsel of the status of the stay of execution issued in this case on November 26, 2008. In support, Respondent states as follows:

1. On November 25, 2008, Petitioner moved this Court for an order staying his execution pending full resolution of federal habeas proceedings. (Doc. 2).

2. This Court granted a stay of execution on November 26, 2008. (Doc. 7). The Court's order stated, "[t]he stay of execution shall remain in place until further order of the court…" *Id*., p. 3.

3. On April 1, 2009, Petitioner filed a petition for writ of habeas corpus. (Doc. 17).

4. On October 26, 2016, this Court dismissed Petitioner's habeas corpus petition without prejudice, thereby denying Petitioner relief. Pursuant to 28 U.S.C. § 2262(b)(3), the dismissal of the petition by the Court resolves Petitioner's habeas petition, and removes the stay of execution entered in this case. (Doc. 111). Therefore, in the absence of further order from a court of competent jurisdiction, but in no event earlier than thirty (30) days from the date of this

filing, the Commandant, United States Disciplinary Barracks will designate a new date and time for the execution, in accordance with Army Regulation 190-55, U.S. Army Corrections System: Procedures for Military Executions, para. 1-4 a(3) (July 23, 2010).

        Respectfully submitted

        THOMAS E. BEALL
        United States Attorney
        District of Kansas

        s/ T.G. Luedke
        T.G. LUEDKE
        Assistant United States Attorney
        Ks. S.Ct. No. 12788
        Federal Building, Suite 290
        444 SE Quincy Street
        Topeka, Kansas 66683-3592
        Telephone: (785) 295-2850
        Facsimile: (785) 295-2853
        E-Mail: tom.luedke@usdoj.gov

        Of Counsel:
        MAJOR ANGELA D. SWILLEY
        Military Personnel Branch
        U.S. Army Litigation Division
        For the Respondent

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy to the following CM/ECF participants:

    Thomas J. Bath, Jr., tom@bathedmonds.com, For Petitioner
    Thomas H. Dunn, tdunn4562@aol.com, For Petitioner
    Timothy P. Kane, timothy_kane@fd.org, For Petitioner
    Shawn Nolan, shawn_nolan@fd.org, For Petitioner
    Billy H. Nolas, billy_nolas@fd.org, For Petitioner

                                          s/ T.G. Luedke
                                          T.G. LUEDKE
                                          Assistant United States Attorney